# TIFFANY & BOSCO
P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Movant

15-03174

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Jessie Paul Ogle<br>        Debtor.<br>_____<br>Ditech Finnacial LLC f/k/a Green Tree Servicing LLC<br><br>        Movant,<br>vs.<br><br>Jessie Paul Ogle, Debtor; Office of the U.S. Trustee, Trustee.<br><br>        Respondents. | No. 2:14-bk-11428-GBN<br><br>Chapter 11<br><br>NOTICE OF PRELIMINARY HEARING<br><br>Related to Docket #96 |

NOTICE IS HEREBY GIVEN that a Preliminary Hearing, with respect to the Motion to Lift the Automatic Stay filed by Ditech Finnacial LLC f/k/a Green Tree Servicing LLC, Movant, has been set for January 21, 2016 at 1:30 pm to be held at the U.S. Bankruptcy Court located at:

US Bankruptcy Court
230 N 1st Ave, Ste 101
6th Floor
Courtroom 602
Phoenix, AZ 85003

Dated this 2nd day of December, 2015.

BY   /s/ LJM #014228
    Mark S. Bosco
    Leonard J. McDonald
    David W. Cowles
    Attorney for Movant

COPY of the foregoing mailed
This 2nd day of December, 2015 to:

Jessie Paul Ogle
6032 N 81st Place
Scottsdale, AZ  85250
Debtor

Carmichael & Powell, P.C.
7301 N. 16th Street #103
Phoenix, AZ  85020
Attorney for Debtor

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee

By:  Heidi S. Nelson