# TIFFANY & BOSCO
### P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

15-03174

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:14-bk-11428-GBN |
| | Chapter 11 |
| Jessie Paul Ogle<br>　　　　Debtor. | (Related to Docket #96) |
| Ditech Financial LLC f/k/a Green Tree Servicing LLC | **STIPULATION REGARDING ADEQUATE PROTECTION** |
| 　　　　Movant,<br>　vs. | Re: 4028 East Lewis Avenue,<br>Phoenix, AZ 85008 |
| Jessie Paul Ogle, Debtor; Office of the U.S. Trustee, Trustee.<br>　　　　Respondents. | |

IT IS HEREBY STIPULATED by and between Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Secured Creditor"), through counsel undersigned, that the Debtor, pay Adequate Protection Payments in the amount of $1,703.50 per month plus any applicable taxes and insurance

commencing on October 1, 2017. The funds are intended to serve as adequate protection for Debtor's lien obligation to Movant secured by the real property described as:

> LOT 50, OF RANCHO VENTURA TRACT NO. 2, ACCORDING TO BOOK 35 OF MAPS, PAGE 34, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER STIPULATED that the debtor will make all Adequate Protection payments directly to Ditech Financial LLC at the following address no later than the first of every month starting with October 1, 2017:

> Ditech Financial LLC
> PO Box 0049
> Palatine, IL 60055-0049

IT IS FURTHER STIPULATED that the adequate protection payments shall be applied to the secured claim amount (which is yet to be determined) upon confirmation of the plan. This adequate protection amount shall not necessarily constitute Debtor's plan payment amount on Secured Creditor's Secured Claim, and the parties reserve all rights with regard to plan treatment.

IT IS FURTHER STIPULATED that if a default notice becomes necessary, Debtor shall tender the default payment, as set forth above, in the form of a cashier's check or money order, made payable to Movant. If the defaulted payments are not received by Movant within fifteen days after the default notice was sent via U.S. mail and email to:

> Thomas H. Allen
> Khaled Tarazi
> 1850 N. Central Ave., Suite 1150
> Phoenix, AZ 85004
> tallen@allenbarneslaw.com
> ktarazi@allenbarneslaw.com
>
> and
>
> Barrie Hasselbalch, POA.
> barriehassel@yahoo.com

all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan. Upon failure to cure the default within the fifteen days, Relief shall be granted.

IT IS FURTHER STIPULATED that this stipulation is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied to the secured claim pursuant to further Order from the Court determining the amount of such secured claim.

IT IS FURTHER STIPULATED that in the event this case is converted to a Chapter 7, this Stipulation shall be deemed void and unenforceable.

IT IS FURHTER STIPULATED that the hearing scheduled for October 11, 2017 at 9:30 a.m. is hereby vacated as it is no longer necessary, issued having been resolved herein.

DATED this the 10th day of October, 2017.

TIFFANY & BOSCO, P.A.

By _____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

/s/ Khaled Tarazi
Khaled Tarazi
Attorney for Debtor